No. 02–722.   AMERICAN INSURANCE ASSN. ET AL. *v.* GARA-MENDI, INSURANCE COMMISSIONER, STATE OF CALIFORNIA.

C. A. 9th Cir. [Certiorari granted *sub nom. American Insurance Assn.* v. *Low,* 537 U. S. 1100.] Motion of Mitsubishi Materials Corp. et al. for leave to file a brief as *amici curiae* granted.